

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00066-CV

**IN THE INTEREST OF A.R., M.R., K.G.D.R., CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00255
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 24, 2020.

_____
Irene Rios, Justice